```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF RHODE ISLAND
```

MAURICE DIORE AND JOSHUA HOYE,
on behalf of themselves and all
others similarly situated,

    Plaintiffs,

    v.                                        CA No. 23-cv-310-WES

SYNARGO WOONSOCKET, LLC, and
JACOBS ENGINEERING GROUP, INC.,

    Defendants.

## JUDGMENT

    This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

    Pursuant to the Memorandum and Order entered on July 11, 2024, and in accordance with Fed. R. Civ. P. 58, judgment is entered dismissing this civil action without prejudice.

<u>It is so ordered</u>.

July 11, 2024                          By the Court:

                                                /s/ William E. Smith
                                                United States District Judge